```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bigsby,                                     Plaintiff,<br><br>-against-<br><br>Barclays Capital Real Estate, Inc.,<br>                                     Defendants. | 1:14-cv-01398 (JGK) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall appear for a conference on Wednesday, December 19, 2018, at 11:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, New York 10007 to discuss the issues raised in the parties' discovery-related submissions filed at ECF Nos. 150, 153, 154, 156 and 160.

**SO ORDERED.**

DATED:     New York, New York
           December 15, 2018

_____
STEWART D. AARON
United States Magistrate Judge