UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lamar Bigsby, Jr., et al.,

                  Plaintiffs,

-against-

Barclays Capital Real Estate, Inc., et al.,

                  Defendants.

1:14-cv-01398 (JGK) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2020

**STEWART D. AARON, United States Magistrate Judge:**

    Before the Court is Plaintiff's motion for clarification and/or modification. (ECF No. 255.) For the reasons stated on the record during a telephone conference held today, it is hereby ORDERED that Plaintiff's counsel may present to Judge Koeltl in the related case, *Mazzei v. The Money Store*, No. 01-cv-05694, those portions of the transcript of deposition of Black Knight that was taken in this case that were not designated as confidential. Those portions may be presented for the limited purpose of filing a motion seeking relief from judgment based upon an alleged fraud on the Court and/or any appropriate relief in the nature of contempt or sanctions. Black Knight then will be entitled to argue to Judge Koeltl that the transcript is not properly used in the *Mazzei* case, in view of the provisions of the stipulated protective order entered in this case. (*See* ECF No. 51.) Judge Koeltl will decide whether to consider the Black Knight transcript or not.

    The Clerk of the Court is instructed to terminate the gavel at ECF No. 255.

**SO ORDERED.**

DATED: New York, New York
March 2, 2020

_____
STEWART D. AARON
United States Magistrate Judge